IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ABDERRAHMANE CHARRAD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-1606-KC |
| | § | |
| WARDEN, ERO EL PASO CAMP | § | |
| EAST MONTANA, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

On this day, the Court considered the case.  Charrad filed a Petition for a Writ of Habeas Corpus on June 11, 2026.  *See* Pet., ECF No. 1.  The Court then ordered Respondents to show cause why the Petition should not be granted.  June 12, 2026, Order, ECF No. 4.  Respondents now argue that this Court does not have jurisdiction over the Petition because Charrad was transferred to New Mexico on April 30, 2026, and thus was detained in New Mexico at the time he filed it.  Resp. 1, ECF No. 5.

Accordingly, the Court **ORDERS** Petitioner to **FILE** a response addressing whether he consents to transfer the matter to the District of New Mexico, and if not, argument in support of his position, **by no later than June 30, 2026**.

**SO ORDERED**.

**SIGNED this 23rd day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE